IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT L. WRIGHT,

    Plaintiff,

v.                                                                                          4:24cv314–WS/MAF

OFFICER MR. BROWN,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed August 27, 2024. The magistrate judge recommends that this case be dismissed with prejudice as frivolous, for abuse of the judicial process, for failure to state a claim, and for failure to pay the filing fee as required by 28 U.S.C. § 1915(g). The magistrate judge also recommends that Plaintiff be sanctioned pursuant to Rule 11 and the All Writs Act based on his vexatious history of filing frivolous complaints, of failing to comply with court orders, and of failing to pay the required filing fees. Plaintiff has filed no objections to the report and

recommendation.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No.4) is ADOPTED and incorporated into this order by reference.

2. Plaintiff's action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(g) and because the case is frivolous.

3. Plaintiff is SANCTIONED under Rule 11 and the All Writs Act as recommended by the magistrate judge in his report and recommendation (ECF No. 4), namely:

> PLAINTIFF IS PROHIBITED FROM FILING ANY FUTURE FEDERAL CASES RELATING TO IRS 'VOUCHERS' OR IRS TAX RETURNS UNLESS IT IS A NEW OR NOVEL CLAIM RELATIVE TO ACTIVITIES THAT HAVE NOT BEEN SUBJECT OF A PREVIOUSLY FILED ACTION AND IT IS FILED THROUGH AN ATTORNEY LICENSED TO PRACTICE IN THIS JURISDICTION. PLAINTIFF SHALL PAY THE CLERK OF COURT $400 AS A SANCTION PRIOR TO BEING ALLOWED TO FILE ANY FURTHER ACTION.

DONE AND ORDERED this __8th__ day of __October__, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE